UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SANTIAGO FELIPE FELIPE, | ) |
| Petitioner | ) ) ) |
| v. | ) Docket No. 2:26-cv-00026-LEW |
| DERRICK STAMPER, et al., | ) ) ) |
| Respondents | ) |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker on January 20, 2026;

The Petition for Writ of Habeas Corpus is granted.

Dated this 20th day of January, 2026.

                                        ERIC M. STORMS
                                      ACTING CLERK

                         By:    /s/ Stacey Graf
                                   Deputy Clerk