## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

JOSE LUIS MERCHAN CORREA, )
                             )
    Petitioner )
                             )
v. )   Docket No.  2:26-cv-00024-LEW
                             )
DERRICK STAMPER, et al., )
                             )
    Respondents )

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief

U.S. District Judge Lance E. Walker on January 20, 2026;

The Petition for Writ of Habeas Corpus is granted.


Dated this 20th day of January, 2026.


ERIC M. STORMS
ACTING CLERK


By:   /s/ Stacey Graf
Deputy Clerk